UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CESAR M., | Case No. 26-CV-0280 (PJS/LIB) |
| Petitioner, | |
| v. | ORDER |
| DAVID EASTERWOOD, Field Office Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, Attorney General; TODD LYONS, Acting Director of Immigration and Customs Enforcement; JOEL BROTT, Sherburne County Sheriff, | |
| Respondents. | |

---

IT IS HEREBY ORDERED THAT respondents are ENJOINED from moving petitioner outside of Minnesota until further order of the Court, so that petitioner may consult with counsel while the Court is considering the petition, and so that there is no risk that removal of petitioner from Minnesota will deprive this Court of jurisdiction over the petition. If petitioner has already been removed from Minnesota, respondents are ORDERED to immediately return petitioner to Minnesota.

Dated:  January 15, 2026, at 11:26 a.m.        /s/ Patrick J. Schiltz
                                                Patrick J. Schiltz, Chief Judge
                                                United States District Court