# UNITED STATES DISTRICT COURT
## District of Minnesota

Cesar Edison Monterroso-Marroquin,

Petitioner,

v.

David Easterwood, Kristi Noem, Pamela Bondi, Todd Lyons, Joel Brott,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-280 PJS/LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.
2. The Court DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).
3. Respondents must release petitioner from custody immediately.
4. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 1/17/2026

KATE M. FOGARTY, CLERK